

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00046-CV

ANNIE EAST, Appellant

V.

SOUTHWEST CIMM'S INC. D/B/A BURGER KING #1002 A/K/A CIMM'S
INCORPORATED, Appellee

Appeal from the County Civil Court at Law No. 2 of Harris County. (Tr. Ct. No.
997701).

**TO THE COUNTY CIVIL COURT AT LAW NO. 2 OF HARRIS COUNTY,
GREETINGS:**

Before this Court, on the 28th day of April 2015, the case upon appeal to revise or
to reverse your judgment was determined. This Court made its order in these words:

> The Court today considered the motions to dismiss the
> appeal filed by appellant, Annie East. The Court **grants** the
> motions and **dismisses** the appeal. The Court hereby
> **withdraws** its August 28, 2014 majority and dissenting
> opinions and judgment.
>
> The Court **orders** that, in accordance with the parties'
> agreement, costs are taxed against the party incurring same.
>
> The Court **orders** that this decision be certified below for
> observance.
>
> Judgment rendered April 28, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Brown, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 3, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

